PER CURIAM.
Affirmed. See State v. Drawdy, 136 So.3d 1209 (Fla.2014); State v. Meshell, 2 So.3d 132 (Fla.2009); Melvin v. State, 645 So.2d 448 (Fla.1994); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Coughlin v. State, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004).
NORTHCUTT, LaROSE, and SLEET, JJ., Concur.